

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2021

Nos. 04-21-00035-CR & 04-21-00036-CR

**EX PARTE** Noel **PARKS**

From the 198th Judicial District Court, Bandera County, Texas
Trial Court Nos. CR-18-0000186 & CR-19-0000092
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

On June 29, 2021, appellant filed her brief. The brief does not comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. Specifically, the brief violates Texas Rule of Appellate Procedure 38.1 because it does not contain: (1) an index of authorities "indicating the pages of the brief where the authorities are cited"; (2) a statement of facts "supported by record references" that "state[s] concisely and without argument the facts pertinent to the issues or points presented"; or (3) a "clear and concise argument for the contentions made, with appropriate citations to authorities and to the record." *See id.* R. 38.1(c), 38.1(g), 38.1(i).

Accordingly, we **ORDER** appellant's brief **STRICKEN** and **ORDER** appellant to file an amended brief in this court complying with Rule 38.1 **by July 22, 2021**. If appellant's attorney fails to file the brief by the date ordered, we will order this appeal abated and remanded to the trial court for a hearing to determine whether appellant or her counsel has abandoned the appeal. TEX. R. APP. P. 38.8(b)(2).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court